IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

JOSEPH PECAR            :

    Plaintiff           :

vs.                     :   Case No. AW-01-1941

ST. PAUL FIRE AND MARINE :
INSURANCE COMPANY

    Defendant           :

### ORDER

The foregoing Motion having been read and considered, together with any Opposition thereto, it is this 22nd day of August, 2001, by the United States District Court for the District of Maryland,

ORDERED, that the Motion to Amend be, and the same hereby is, granted, and it is further,

ORDERED, that the Plaintiff shall within fifteen (15) days file his Amended Complaint including a claim against the Defendant for the difference between the amount of coverage and the amount of the judgment entered against the Estate in the Circuit Court for Prince George's County, Maryland.

_____
JUDGE

McCARTHY
&
COSTELLO
L.L.P.
\SHINGTON BUS PARK
SUITE 300
0 FORBES BOULEVARD
\NHAM, MARYLAND
20706-4323
(301) 306-1900
FAX (301) 306-1988

- 3 -



cc:

Kevin J. McCarthy, Esquire
**McCarthy & Costello, L.L.P.**
Washington Business Park
4640 Forbes Boulevard, Suite 300
Lanham, MD   20706-4323

Kevin J. Willging, Esquire
**St. Paul Fire and Marine Insurance Company**
5801 Smith Avenue, Mail Code MC32
Baltimore, MD   21209

McCARTHY
&
COSTELLO
L.L.P.
'ASHINGTON BUS PARK
SUITE 300
140 FORBES BOULEVARD
LANHAM, MARYLAND
20706-4323
(301) 306-1900
FAX (301) 306-1988

- 4 -