IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

JOSEPH PECAR,

    Plaintiff,

vs.

    Civil Action No. AW-01-CV-1941

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

    Defendant.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion dated May 29, 2002, IT IS this 29th day of May, 2002, by the United States District Court for the District of Maryland, hereby **ORDERED**:

1. That Plaintiff's Objection to Magistrate Judge Day's Order granting Defendant's Motion for Protective Order [40-1] BE, and the same hereby IS, **OVERRULED**;

2. That Plaintiff's Objection to Magistrate Judge Day's Order denying Defendant's Motion to Compel [41-1] BE, and the same hereby IS, **OVERRULED**;

3. That Plaintiff's Objection to Magistrate Judge Day's Order denying Plaintiff's Motion to Disqualify [42-1] BE, and the same hereby IS, **OVERRULED**; and

4. That the Clerk of the Court transmit copies of this Opinion and Order to all counsel of record.

_/s/ Alexander Williams, Jr._
Alexander Williams, Jr.
United States District Judge