FILED _____ ENTERED
LOGGED _____ RECEIVED

JUL 1 1 2002

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

JOSEPH PECAR,

    Plaintiff,

vs.

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

    Defendant.

Civil Action No. AW-01-1941

## ORDER

For the reasons stated in the accompanying Memorandum Opinion dated July 10th 2002, IT IS this ____ day of July 2002 by the United States District Court for the District of Maryland, hereby **ORDERED**:

1. That Defendant's Motion for Summary Judgment [32-1] BE, and the same hereby IS, **GRANTED**;

2. That Defendant's Motion to Dismiss [12-1] BE, and the same hereby IS, **DENIED AS MOOT**;

3. That the Clerk of the Court **CLOSE** this case;

4. That the Clerk of the Court transmit copies of this Opinion and Order to all counsel of record.

                                          Alexander Williams, Jr.
                                          United States District Judge